UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PAUL STANLEY OSTEEN<br>DOC #620939 | * | CIVIL ACTION NO. 2:15-cv-22<br>SECTION P |
| v. | * | JUDGE MINALDI |
| ALLEN CORRECTIONAL CENTER | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 11) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that this civil rights complaint which constitutes a petition for writ of habeas corpus is **DENIED AND DISMISSED WITHOUT PREJUDICE** to Osteen's ability to pursue such claims by filing the appropriate action.

Lake Charles, Louisiana, this _8_ day of _February_, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE